UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

HOWARD AYERS,

        Plaintiff,

    -v-

J. ESGROW, et al.,

        Defendants.

**DECISION AND ORDER**
**12-CV-0656A**

*FILED*
JAN 2 3 2013
MICHAEL J. ROEMER, CLERK
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NY

Plaintiff has requested appointment of counsel (Docket No. 4). There is insufficient information before the Court at this time to make the necessary assessment of plaintiff's claims under the standards promulgated by *Hendricks v. Coughlin*, 114 F.3d 390, 392 (2d Cir. 1997), and *Hodge v. Police Officers*, 802 F.2d 58 (2d Cir. 1986), as issue has yet to be joined. Therefore plaintiff's motion for appointment of counsel is denied without prejudice at this time. It is the plaintiff's responsibility to retain an attorney or press forward with this lawsuit *pro se*. 28 U.S.C. § 1654.

    SO ORDERED.

Dated:    JAN. 18    , 2013
        Rochester, New York

                        *Charles Siragusa*
                        CHARLES J. SIRAGUSA
                        United States District Judge